NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1462

STATE IN THE INTEREST OF:

A.L.L., J.A.L., and J.E.L., III

************

APPEAL FROM THE
ABBEVILLE CITY COURT,
PARISH OF VERMILION, NO. JU-5114,
HONORABLE EDWARD B. BROUSSARD, CITY JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of John D. Saunders, Marc T. Amy, and Michael G. Sullivan, Judges.

AFFIRMED.

Jan Frederick Rowe
Attorney At Law
124 North State Street, Suite 300
Abbeville, Louisiana  70510
(337) 898-1049
Counsel for:
    J. A. L. (child)
    J. E. L., III (child)
    A. L. L. (child)

L. Antoinette Beard
Attorney at Law
825 Kaliste Saloom Road
Brandywine I, Room 218
Lafayette, Louisiana  70508
(337) 262-1555
Counsel for:
    State of Louisiana, Department of Social Services

**J. Ricky LaFleur**
**Attorney at Law**
**120 South State Street**
**Abbeville, Louisiana   70510**
**(337) 893-2030**
**Counsel for Appellant:**
     **J. E. L., II (father)**

**Bart A. Broussard**
**Attorney at Law**
**209 East St. Victor**
**Abbeville, Louisiana  70510**
**(337) 893-1705**
**Counsel for Appellant:**
     **A. O. T. L. (mother)**